UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Ex Rel.
Toni Lee,

Plaintiff,

v.

Fairview Health System,

Defendant.

Civil File No. 02-CV-270 (RHK/SRN)

**STIPULATION AND ORDER**

Plaintiff United States of America, Ex. Rel. Toni Lee and Defendant Fairview Health System ("Fairview"), through their respective attorneys, hereby agree and stipulate as follows:

1. The time period, pursuant to pursuant to Fed. R. Civ. P. 12(a), within which Defendant Fairview may answer, move, or otherwise respond to Plaintiff's Complaint, should be enlarged to and including September 15, 2003.

2. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court for cause shown may order that the time to answer, move, or respond be enlarged.

3. The legal theories underlying Plaintiff's claims are numerous and complex, and the scope of Plaintiff's factual allegations are far-reaching. The prescribed 20-day period set forth in Fed. R. Civ. P. 12(a) is insufficient in this case to allow analysis of complaint, research, and drafting of preliminary motions and fact investigation of specific pleadings. Therefore, an enlargement is warranted to enable Defendant a reasonable examination of Plaintiff's Complaint.

FILED JUN 3 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.________
DEPUTY CLERK________

Dated: 6/27, 2003

WARCHOL, BERNDT & HAJEK

By ______________________

Robert J. Hajek, Esq. #39512
3433 Broadway Street N.E., Suite 110
Minneapolis, MN 55413-1738
Telephone: (612) 331-4211
Attorneys for Plaintiff

Dated: 6/27, 2003

DORSEY & WHITNEY LLP

By ______________________

Janice M. Symchych #010811X
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Attorneys for Defendant Fairview Health System

**ORDER**

In accordance with the terms of the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant Fairview Health System's time period to answer, move, or otherwise respond to Plaintiff's Complaint is enlarged to and including September 15, 2003.

Dated: June 30, 2003

______________________
SUSAN RICHARD NELSON
UNITED STATES MAGISTRATE JUDGE