# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Toni Lee, | ) | **COURT MINUTES** |
| | ) | BEFORE: Richard Kyle |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: Cv 02-270 RHK/SRN |
| | ) | Date: June 15, 2004 |
| Fairview Health System, | ) | Court Reporter: Robert Riley |
| | ) | Time Commenced: 8:00 AM |
| Defendant. | ) | Time Concluded: 8:30 AM |
| | ) | Time in Court: Hours & 30 Minutes |
| | ) | |

Hearing on: **Deft Motion to Dismiss (Doc. 22) argued and taken under advisement**

APPEARANCES:

Plaintiff: Robert Hajek
Defendant: Gina Cearetti, William Stoeri

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Deborah Siebrecht
Calendar Clerk