O AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America, ex rel.
Toni Lee

V.

Fairview Health System

## JUDGMENT IN A CIVIL CASE

Case Number: 02-270 RHK/SRN

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant Fairview Health System's Motion to Dismiss is GRANTED. Plaintiff Toni Lee's Complaint is DISMISSED WITH PREJUDICE.

July 22, 2004
Date

RICHARD D. SLETTEN, CLERK

s//G. Schneider
(By) G. Schneider Deputy Clerk