UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, ex rel. Toni Lee,

Plaintiff,

vs.

Fairview Health System,

Defendant.

Civil No. 02-270 (RHK/SRN)

**NOTICE OF APPEAL**

Notice is hereby given that United States of America, ex rel. Toni Lee, Plaintiff in the above case hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final Judgment in a Civil Case entered in this action on the 22nd day of July, 2004.

WARCHOL, BERNDT & HAJEK, P.A.

Dated: August 20, 2004

s/Robert J. Hajek
Robert J. Hajek, Esq. #39512
Attorneys for Plaintiff
3433 Broadway St. N.E. #110
Minneapolis, MN 55413
Telephone: (612) 331-4211