Fri Aug 20 15:15:39 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 432513
Cashier deborah

Check Number: 28115

DO Code 4641
Div No 4

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

WARCHOL BERNDT & HAJEK/ 02CV270 RHK/SR
N

APPEAL TO 8TH CIRCUIT

SCANNED
AUG 2 0 2004
U.S. DISTRICT COURT MPLS