# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

02cv1270 RHK/SRN

RECEIVED
BY MAIL
AUG 01 2005
CLERK US DIST COURT
MINNEAPOLIS MN

No. 04-3141

United States of America, ex rel. Toni Lee, *
*
*
Appellant, * Appeal from the United States
* District Court for the
vs. * District of Minnesota
*
Fairview Health System, *
*
Appellee. *

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 6, 2005

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A... ORIGINAL
M... ...NS, CLERK
U...ED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
AUG 01 2005
U.S. DISTRICT COURT MPLS